1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone: 415-436-7298
6     Facsimile: 415-436-6748
      elizabeth.kurlan@usdoj.gov
7
   Attorneys for Defendant
8
                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       OAKLAND DIVISION
11

12 | CAROLINE BARKER,                          )  CASE NO. 4:23-cv-308-DMR
                                               )
13 |      Plaintiff,                           )  **STIPULATION TO CLARIFY THE DATE FOR**
                                               )  **DEFENDANT'S RESPONSE TO PLAINTIFF'S**
14 |   v.                                      )  **COMPLAINT AND TO CONTINUE THE CASE**
                                               )  **MANAGEMENT CONFERNECE**
15 | LAUREN MCFERRAN, Chairman, National       )
   | Labor Relations Board,                    )
16 |                                           )  The Honorable Donna M. Ryu
   |      Defendant.                           )
17

18        Pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate and respectfully

19 request that the Court enter an order granting the following:

20        1.      Plaintiff, proceeding *pro se*, properly served Defendant will a copy of the summons and

21 complaint on April 19, 2023. *See* Dkt. No. 9. Accordingly, Defendant's response to Plaintiff's complaint

22 is due by June 19, 2023. *See* Fed. R. Civ. P. 12(a)(2).

23        2.      The parties request that the Court continuance of the Case Management Conference

24 currently set for May 3, 2023, Dkt. No. 3, and all associated deadlines until a time after Defendant's

25 response due date. The parties apologize to the Court for making this request in less than the fourteen

26 days before the scheduled conference date, due to their need to confer regarding the continuance request.

27        The parties respectfully request that the Court grant their stipulation. The requested modification

28 will not impact the schedule for the case because no further schedule has yet been set and because this

STIPULATION
23-CV-308 DMR                                    1

1   matter is still in its initial stages.

2

3   DATED:  April 26, 2023                     Respectfully submitted,[1]

4                                              ISMAIL J. RAMSEY
                                               United States Attorney
5
                                               s/ Elizabeth D. Kurlan
6                                              ELIZABETH D. KURLAN
                                               Assistant United States Attorney
7
                                               Attorneys for Defendant
8

9   DATED:  April 26, 2023

10                                             s/ Caroline Barker
                                               CAROLINE BARKER
11                                             Plaintiff, pro se

12

13

14                          **ORDER (AS MODIFIED)**

15        Pursuant to stipulation, IT IS SO ORDERED. Defendant will file a response to Plaintiff's

16   complaint by June 19, 2023.  The Initial Case Management Conference set for May 3, 2023 at 1:30 p.m.

17   is vacated and continued to July 5, 2023 at 1:30 p.m. in Oakland, by videoconference only.  Parties shall

18   file a joint case management conference statement by June, 28, 2023. All associated deadlines are

19   continued accordingly.

20        IT IS SO ORDERED AS MODIFIED.

21

22    Dated:  April 28, 2023

23

24                                             _____
                                               HON. DONNA M. RYU
25                                             United States Chief Magistrate Judge

26

27

28        [1] In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories
     listed herein concur in the filing of this document.

STIPULATION
23-CV-308 DMR                                  2