ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendant

FILED

Jun 30 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLINE BARKER,<br><br>    Plaintiff,<br><br>  v.<br><br>LAUREN MCFERRAN, Chairman, National Labor Relations Board,<br><br>    Defendant. | CASE NO. 4:23-cv-0308-DMR<br><br>**SECOND STIPULATION TO ADDITIONAL TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT AND ORDER**<br><br>The Honorable Donna M. Ryu |

    Pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate and respectfully request that the Court enter an order granting the following:

    1.    A second extension of time for Defendant to file their response to Plaintiff's complaint. Defendant will file their response to Plaintiff's complaint by July 14, 2023.

    2.    Continuance of the Case Management Conference currently set for July 5, 2023, Dkt. No. 14, and all associated deadlines until a time after Defendant's response due date. The parties apologize to the Court for making this request in less than the fourteen days before the scheduled conference date, due to their need to confer regarding the continuance request.

    For these reasons, and as articulated below in the Declaration of Counsel, the parties respectfully request that the Court grant their stipulation.

STIPULATION AND ORDER
23-CV-0308 DMR                        1

DATED: June 28, 2023

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

*s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

*Attorneys for Defendant*

DATED: June 28, 2023

*s/ Caroline Barker*
CAROLINE BARKER
Plaintiff, *pro se*

### ORDER

Pursuant to stipulation, IT IS SO ORDERED. Defendant will file a response to Plaintiff's complaint by July 14, 2023.

DATED: June 30, 2023

IT IS SO ORDERED
Judge Donna M. Ryu

HON. DONNA M. RYU
United States Chief Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION AND ORDER
23-CV-0308 DMR                                         2

## DECLARATION OF ELIZABETH D. KURLAN

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the Northern District of California and counsel of record for the federal Defendant in the above-captioned action.

2. On June 20, 2023, the Court granted the parties' stipulation to a first extension of time for Defendant's response to Plaintiff's complaint. *See* Dkt. No. 18.

3. I diligently have been preparing Defendant's response. However, Defendant recently determined that they need a brief period of additional time to finalize and file the response. Accordingly, I contacted Plaintiff regarding Defendant's request for additional time to prepare their response to the complaint, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  June 28, 2023

                                                         s/ *Elizabeth D. Kurlan*
                                                         ELIZABETH D. KURLAN
                                                         Assistant United States Attorney