```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: 415-436-7298
        Facsimile: 415-436-6748
        elizabeth.kurlan@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLINE BARKER,<br><br>    Plaintiff,<br><br>   v.<br><br>LAUREN MCFERRAN, Chairman, National Labor Relations Board,<br><br>    Defendant. | CASE NO. 4:23-cv-308-DMR<br><br>**STIPULATION AND ORDER RE: SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>The Honorable Donna M. Ryu |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Defendant hereby stipulate and respectfully request the Court to grant the parties' proposed schedule for Defendant's motion to dismiss Plaintiff's amended complaint. After Defendant's counsel notified Plaintiff that Defendant intends to file a motion to dismiss Plaintiff's amended complaint, Plaintiff requested additional time to prepare her response. Accordingly, the parties conferred and agree that the Court should grant the parties' request for the following schedule:

1. Defendant will file her motion to dismiss Plaintiff's amended complaint by March 4, 2024.

2. Plaintiff will file her opposition to Defendant's motion by April 3, 2024.

3. Defendant will file her reply in support of the motion by April 19, 2024.

4. Defendant will notice the hearing on her motion to dismiss for May 9, 2024, at 1:00 p.m.

1  The parties respectfully request that the Court grant their stipulation.

3  DATED: February 9, 2024                    Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

*s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

*Attorneys for Defendant*

9  DATED: February 9, 2024

*s/ Caroline Barker*
CAROLINE BARKER
Plaintiff, *pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: February 12, 2024

IT IS SO ORDERED
Judge Donna M. Ryu
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HON. DONNA M. RYU
United States Chief Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION
23-CV-308 DMR                    2

**DECLARATION OF ELIZABETH D. KURLAN**

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On February 7, 2024, the Court granted Defendant's administrative motion for an additional extension of time for Defendant's response to Plaintiff's amended complaint. *See* Dkt. No. 53.

3. Following the Court's Order granting additional time, I discussed with Plaintiff Defendant's intention to file a motion to dismiss Plaintiff's amended complaint. Plaintiff agreed to stipulate to a proposed briefing and hearing schedule for Defendant's motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 9, 2024

s/ *Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney