ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLINE BARKER,<br><br>    Plaintiff,<br><br>   v.<br><br>LAUREN MCFERRAN, Chairman, National Labor Relations Board,<br><br>    Defendant. | CASE NO. 4:23-cv-308-DMR<br><br>**STIPULATION TO REVISED BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND ORDER**<br><br>The Honorable Donna M. Ryu |

On February 12, 2024, the Court granted the parties' stipulation to a briefing schedule and hearing date on Defendant's motion to dismiss Plaintiff's amended complaint. Dkt. No. 55. Subject to the Court's approval, Plaintiff and Defendant hereby stipulate and respectfully request the Court to grant the parties' revision to the current briefing schedule by extending the due date for Defendant's motion to dismiss to March 7, 2024. All other briefing deadlines remain the same, *see* Dkt. No 55, and the hearing remains set for May 9, 2024. *Id.* The parties respectfully request that the Court grant their stipulation.

//

//

| | |
|---|---|
| 1  DATED: March 4, 2024 | Respectfully submitted,[1] |
| 2 | ISMAIL J. RAMSEY<br>United States Attorney |
| 3 | |
| 4 | *s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney |
| 5 | |
| 6 | *Attorneys for Defendant* |
| 7  DATED: March 4, 2024 | |
| 8 | *s/ Caroline Barker*<br>CAROLINE BARKER<br>Plaintiff, *pro se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: March 6, 2024

HON. DONNA M. RYU
United States Chief Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

1 **DECLARATION OF ELIZABETH D. KURLAN**

2 I, Elizabeth D. Kurlan, declare and state as follows:

3 1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

6 2. On February 12, 2024, the Court granted the parties' stipulation to a briefing schedule and hearing date on Defendant's motion to dismiss Plaintiff's amended complaint. Dkt. No. 55.

8 3. On March 4, 2024, I contacted Plaintiff regarding Defendant's request for a three-day extension of time to prepare their motion and Plaintiff consents to the request.

10 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12 DATED:  March 4, 2024

s/ *Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney