ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLINE BARKER, | CASE NO. 4:23-cv-308-DMR |
|     Plaintiff, | **STIPULATION TO EXTENSION OF TIME FOR DEFENDANT'S REPLY** |
| v. | |
| LAUREN MCFERRAN, Chairman, National Labor Relations Board, | The Honorable Donna M. Ryu |
|     Defendant. | |

    Pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate to a three-day extension of time for Defendant to file the reply in support of her motion to dismiss Plaintiff's amended complaint. Defendant will file the reply by April 22, 2024. For these reasons, and as articulated below in the Declaration of Counsel, the parties respectfully request that the Court grant their stipulation.

DATED: April 19, 2024                                        Respectfully submitted,[1]

                                                                                    ISMAIL J. RAMSEY
                                                                                     United States Attorney

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION
23-CV-308 DMR                                       1

|   |   |
|---|---|
|   | *s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney |
|   | *Attorneys for Defendant* |
| DATED:  April 19, 2024 |   |
|   | *s/ Caroline Barker*<br>CAROLINE BARKER<br>Plaintiff, *pro se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Defendant will file the reply by April 22, 2024.

DATED: April 22, 2024

IT IS SO ORDERED
Judge Donna M. Ryu
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HON. DONNA M. RYU
United States Chief Magistrate Judge

## DECLARATION OF ELIZABETH D. KURLAN

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On February 12, 2024, the Court granted the parties' stipulation to a proposed briefing schedule for Defendant's motion to dismiss Plaintiff's amended complaint, setting Defendant's reply due date as April 19, 2024. *See* Dkt. No. 55.

3. On April 18, 2024, I contacted Plaintiff regarding Defendant's request for a brief extension of time to prepare the reply, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 19, 2024

                                                    s/ *Elizabeth D. Kurlan*
                                                    ELIZABETH D. KURLAN
                                                    Assistant United States Attorney