ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLINE BARKER,<br><br>    Plaintiff,<br><br>v.<br><br>LAUREN MCFERRAN, Chairman, National Labor Relations Board,<br><br>    Defendant. | CASE NO. 4:23-cv-308-DMR<br><br>**STIPULATION TO EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>The Honorable Donna M. Ryu |

    Pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate to an extension of time for Defendant to file his response to Plaintiff's second amended complaint. Defendant will file his response to Plaintiff's amended complaint by July 8, 2024. For these reasons, and as articulated below in the Declaration of Counsel, the parties respectfully request that the Court grant their stipulation.

DATED: June 12, 2024                                                                  Respectfully submitted,[1]

                                                                                               ISMAIL J. RAMSEY
                                                                                               United States Attorney

---

    [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION
23-CV-308 DMR                                                         1

|   |   |
|---|---|
|   | *s/ Elizabeth D. Kurlan* |
|   | ELIZABETH D. KURLAN |
|   | Assistant United States Attorney |
|   |   |
|   | *Attorneys for Defendant* |

DATED: June 12, 2024

|   |   |
|---|---|
|   | *s/ Caroline Barker* |
|   | CAROLINE BARKER |
|   | Plaintiff, *pro se* |

# ORDER

Pursuant to stipulation, IT IS SO ORDERED. Defendant will file a response to Plaintiff's second amended complaint by July 8, 2024.

DATED: June 17, 2024

IT IS SO ORDERED
Judge Donna M. Ryu

HON. DONNA M. RYU
United States Chief Magistrate Judge

## DECLARATION OF ELIZABETH D. KURLAN

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On June 4, 2024, Defendant received the ECF notification of Plaintiff's amended complaint. *See* Dkt. No. 68.

3. On June 5, 2024, I contacted Plaintiff regarding Defendant's request for a brief extension of time to prepare their response to the amended complaint, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 12, 2024

             s/ *Elizabeth D. Kurlan*
             ELIZABETH D. KURLAN
             Assistant United States Attorney