```
PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLINE BARKER,<br><br>      Plaintiff,<br><br>   v.<br><br>MARVIN E. KAPLAN,[1] Chairman, National Labor Relations Board,<br><br>      Defendant. | CASE NO. 4:23-cv-308-DMR<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER (AS MODIFIED)**<br><br>The Honorable Donna M. Ryu |

On March 26, 2024, the Court granted the parties' stipulation to extend time for Defendant's answer to Plaintiff's second amended complaint. *See* Dkt. No. 95. Pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate to an additional extension of time for Defendant to file an answer to Plaintiff's second amended complaint. Defendant will file his answer to Plaintiff's second amended complaint by June 16, 2025. The parties make this request because Defendant needs a brief period of additional time to prepare their response, to provide Defendant's counsel with additional time to prepare and finalize the answer and to attend to emergency litigation-related responsibility in other cases, specifically eleven motions for preliminary injunctions that have been recently filed in this District by

---

[1] Marvin E. Kaplan automatically is substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

STIPULATION AND ORDER (AS MODIFIED)
23-CV-308 DMR                                                                 1

over 100 plaintiffs. For these reasons, and as articulated below in the Declaration of Counsel, the parties respectfully request that the Court grant their stipulation.

DATED: May 2, 2025                                             Respectfully submitted,[2]

                                                               PATRICK D. ROBBINS
                                                               Acting United States Attorney

                                                               *s/ Elizabeth D. Kurlan*
                                                               ELIZABETH D. KURLAN
                                                               Assistant United States Attorney

                                                               *Attorneys for Defendant*

DATED: May 2, 2025

                                                               *s/ Caroline Barker*
                                                               CAROLINE BARKER
                                                               Plaintiff, *pro se*

## ORDER (AS MODIFIED)

Pursuant to stipulation, IT IS SO ORDERED. Defendant will file a response to Plaintiff's second amended complaint by June 16, 2025.  The Initial Case Management Conference set for July 2, 2025 at 1:30 p.m. is vacated and continued to August 20, 2025 at 1:30 p.m. in Oakland, by Videoconference only. Parties shall file a joint case managment conference statement by August 13, 2025.

All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.**

DATED: May 2, 2025

                                                               _____
                                                               HON. DONNA M. RYU
                                                               Chief Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION AND ORDER (AS MODIFIED)
23-CV-308 DMR                                                  2

## DECLARATION OF ELIZABETH D. KURLAN

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendant in the above-captioned action.

2. On March 26, 2024, the Court granted the parties' stipulation to extend time for Defendant's answer to Plaintiff's second amended complaint. *See* Dkt. No. 95.

3. Although I have been working on Defendant's answer, I have been unable to complete it by the current due date because of my heavy workload over the past several weeks, including eleven motions for preliminary injunctions that have been recently filed in this District by over 100 plaintiffs. I informed Plaintiff that the agency needs additional time to prepare their answer to Plaintiff's second amended complaint and we agreed to an extension of time for Defendant's response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 2, 2025

s/ *Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney