United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLINE BARKER,
Plaintiff,

v.

LAUREN MCFERRAN,
Defendant.

Case No. 23-cv-00308-ASK

**ORDER APPOINTING COUNSEL**

Plaintiff Caroline Barker is in need of counsel to assist her in this matter. Pursuant to the Court's earlier Order (Dkt. 139), the Federal Pro Bono Project has located a volunteer attorney willing to represent her. The Court hereby appoints the following attorney as counsel for Ms. Barker in this matter:

Navid Cyrus Bayar (SBN 319640)
Jenner & Block LLP
525 Market Street, 29th Floor
San Francisco, CA 94105-2708
nbayar@jenner.com
(415) 293-4812

The scope of this referral shall be for all purposes for the duration of the case.

The Court also sets this matter for a case management conference on November 17, 2026. The stay currently in place shall be lifted on that date. The parties shall meet and confer and

//

//

//

//

//

United States District Court
Northern District of California

submit a case management conference statement in keeping with the Court's usual practice. The statement shall include a proposed schedule for all pretrial activities and trial.

**IT IS SO ORDERED.**

Dated: November 4, 2026

AJAY KRISHNAN
United States Magistrate Judge